IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA,
DEPARTMENT OF LEGAL
AFFAIRS, and SHERIFF OF
SEMINOLE COUNTY, FLORIDA,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3216

       Petitioners,

v.

MATHIS & MURPHY, P.A. and
ALLIED VETERANS
MANAGEMENT GROUP, INC.,

       Respondents.

_____/

Opinion filed October 16, 2014.

Petition for Writ of Prohibition -- Original Jurisdiction.

Thomas W. Poulton of DeBevoise & Poulton, P.A., Winter Park, for Petitioner Sheriff of Seminole County, Florida; David H Margolis, Orlando; and Jacqueline M. Boswell, Miami, for Petitioner State of Florida, Department of Legal Affairs.

Charles P. Pillans, III, and Henry M. Coxe, III, of Bedell, Dittmar, DeVault, Pillans & Coxe, Jacksonville, for Respondent Mathis & Murphy, P.A.; Curtis S. Fallgatter of Fallgatter & Catlin, P.A., Jacksonville, for Respondent Allied Veterans Management Group.


PER CURIAM.

      The petition for writ of prohibition is granted.  On remand, the Chief Judge

of the Fourth Judicial Circuit shall assign a successor judge.

THOMAS, ROBERTS, and ROWE, JJ., CONCUR.